NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1043

CHARLES L. EKSTAM,
FUEL PREPORATOR INTERNATIONAL, INC.,
and EKSTAM WORLDWIDE, INC.,

Plaintiffs-Appellants,

v.

C. BRAD EKSTAM,
DIESEL PERFORMANCE PRODUCTS, INC.,
and C. BRAD EKSTAM (doing business as Diesel Performance Products Co.),

Defendants-Appellees.

Michael J. Thomas, Harness, Dickey & Pierce, P.L.C., of St. Louis, Missouri, argued for plaintiffs-appellants. With him on the brief was Kara R. Yancey.

James J. Kernell, Erickson, Kernell, Derusseau & Kleypas, LLC, of Overland Park, Kansas, argued for defendants-appellees. With him on the brief were Lara L. McInerney and Michael Yakimo, Jr.

Appealed from: United States District Court for the Eastern District of Missouri

Magistrate Judge Audrey G. Fleissig

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1043

CHARLES L. EKSTAM,
FUEL PREPORATOR INTERNATIONAL, INC.,
and EKSTAM WORLDWIDE, INC.,

Plaintiffs-Appellants,

v.

C. BRAD EKSTAM,
DIESEL PERFORMANCE PRODUCTS, INC.,
and C. BRAD EKSTAM (doing business as Diesel Performance Products Co.),

Defendants-Appellees.

# Judgment

ON APPEAL from the       United States District Court for the Eastern District of Missouri

in CASE NO(S).        4:04-CV-00187

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, LOURIE, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 14, 2008          /s/ Jan Horbaly
                            Jan Horbaly, Clerk